UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTIAN F. BROWN,

                        Plaintiff,            **ORDER**

               -against-

                                            19 Civ. 5347 (KPF)

THE CITY OF NEW YORK, OFFICER
SIMON, and S. DUNBAR,

                      Defendants.

------------------------------------------------------------X

**Honorable Katherine Polk Failla, United States District Judge**

      Upon the application of the defendants for leave to take the deposition of plaintiff Christian Brown, an inmate, and the Court having granted leave for the taking of plaintiff Christian Brown's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Warden or other official in charge of the Anna M. Kross Center, located in East Elmhurst, New York, produce inmate Christian Brown, B&C No. 8951700706, within the facility for the taking of his deposition by video conference on **October 13, 2020, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues;

      **IT IS FURTHER ORDERED** that Plaintiff Christian Brown appear in such place as designated by the Warden or other official in charge of the Anna M. Kross Center so that his deposition may be taken; and

      **IT IS FURTHER ORDERED** that also present at the deposition will be a court reporter to be designated by defendants as well as the attorneys for defendants.

2

Dated: September 25, 2020
      New York, New York

SO ORDERED,

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2